**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BONIFACIO R.R.,

Petitioner,

v.

TODD BLANCHE, *Attorney General*, ET AL.,

Respondents.

Case No. 26-CV-3002 (NEB/EMB)

ORDER FOR DISMISSAL

---

On September 10, 2026, Petitioner filed a notice to voluntarily dismiss the case in its entirety. (ECF No. 9) Having considered the notice, the Court DISMISS WITHOUT PREJUDICE this case under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: September 14, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge